JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC COATS,<br><br>        Plaintiff,<br><br>    v.<br><br>TTX COMPANY, et al.,<br><br>        Defendants. | Case No. EDCV 23-2405-MWF(SPx)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL |

Pursuant to Plaintiff Dominic Coats' Request for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) (Docket No. 25), IT IS ORDERED that this action is DISMISSED without prejudice. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 26, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge